BEN J. THREATTE, SR., INDIVIDUALLY AND BEN J. THREATTE, SR., AS AD-MINISTRATOR OF THE ESTATE OF RANCE K. THREATTE, DECEASED v. BEVERLY ANN THREATTE

No. 665PA82

(Filed 3 May 1983)

*JUDGE Collier* on 2 September 1981 in IREDELL Superior Court entered summary judgment for plaintiff. The Court of Appeals affirmed in an opinion by *Chief Judge Morris* in which *Judges Martin* and *Becton* concurred. 59 N.C. App. 292, 296 S.E. 2d 521 (1982). We allowed defendant's petition for discretionary review on 28 January 1983.

*Raymer, Lewis, Eisele, Patterson & Ashburn by Douglas G. Eisele, for plaintiff appellee.*

*Pope, McMillan, Gourley & Kutteh by Robert H. Gourley, for defendant appellant.*

PER CURIAM.

This is an action for a declaratory judgment to determine the appropriate disposition of proceeds of a money market savings certificate. The trial court determined plaintiff was the owner of the account at First Savings and Loan Association of Statesville and the Court of Appeals affirmed. After reviewing the record and briefs, and hearing oral arguments on the question presented, we conclude the petition for further review was improvidently

granted. Our order granting further review is vacated. The decision of the Court of Appeals affirming the judgment of Iredell Superior Court remains undisturbed and in full force and effect.

Discretionary review improvidently granted.